JS -6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

NAIRI GASPARYAN,

Petitioner,

v.

TODD BLANCHE, ATTORNEY GENERAL OF THE UNITED STATES, ET AL.,

Respondents.

Case No. 2:26-cv-05139-AYP

JUDGMENT

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: July 27, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE